UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-62474-CIV-COHN/SELTZER

DAVID B. MURSTEN,

    Plaintiff,

v.

NICK A. CAPORELLA,

    Defendant.

_____/

**ORDER GRANTING IN PART AND DENYING IN PART**
**MOTION TO RE-OPEN CASE AND SEAL REDACTED COMPLAINT**

**THIS CAUSE** is before the Court upon Defendant's Unopposed Motion to Re-Open Case and for Entry of Order Sealing Redacted Complaint [DE 38] ("Motion"). The Court has reviewed the Motion and is otherwise advised in the premises.

In the Motion, Defendant explains that the redactions in the Complaint [DE 1] were not made properly due to a word processing error. DE 38 ¶ 2. Defendant further explains that at least one third party has obtained the contents of the improperly redacted portions of the Complaint and exploited them for the third party's own financial gain. Id. ¶ 5–7. As a result, the company for which Defendant is the Chairman and Chief Executive Officer has lost significant market value, thereby harming its innocent shareholders. Id. ¶¶ 1, 8–11.

Based on Defendant's representations, the Court agrees that the Complaint should be sealed. However, the Court also finds that the filing of a properly redacted version of the Complaint would best serve the public's interest in open viewing of court records. See Romero v. Drummond Co., 480 F.3d 1234, 1246 (11th Cir. 2007)

(recognizing need to balance "public interest in accessing court documents against a party's interest in keeping the information confidential").  Finally, the Court sees no need to re-open this case for the limited purposes proposed.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Unopposed Motion to Re-Open Case and for Entry of Order Sealing Redacted Complaint [DE 38] is **GRANTED in part** and **DENIED in part**.

2. The Clerk of Court is directed to **SEAL** the Complaint [DE 1], which shall remain under seal until further order of the Court.

3. Plaintiff David B. Mursten shall file a properly redacted version of the Complaint [DE 1] as a separate docket entry on or before **January 31, 2017**.

4. This case shall remain **CLOSED** until further order of the Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of January, 2017.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF